IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| TAMMY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-00615-CV-W-SWH |
| | ) | |
| FORD MOTOR CO., et al, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Ford Motor Company requested that the Court remand this action to state court on the basis that defendant has learned that it improperly removed this action to federal court. (Doc. # 5) According defendant's motion, plaintiff's counsel does not object to this request. Further, no other party has objected to the request, and the time for filing objections has expired. Thus, based upon defendant Ford's unopposed motion, it is

ORDERED that this case is remanded to the Circuit Court of Saline County, Missouri. It is further

ORDERED that the Clerk of Court is directed to mail a certified copy of this Order to the Circuit Court of Saline County, Missouri. It is further

ORDERED that all parties shall bear their own costs and expenses.

*/s/ Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE